**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-09-0867-PHX-NVW (DKD) |
| Plaintiff, | |
| vs. | **DETENTION ORDER** |
| Adan Fernandez, Jr., | |
| Defendant. | |

A detention hearing on the Petition on Supervised Release was held on April 9, 2013.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 10th day of April, 2013.

Lawrence O. Anderson
United States Magistrate Judge